IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT JOSEPHSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-3875 |
| | : | |
| BANK OF AMERICA CORPORATION | : | |

**ORDER**

**AND NOW,** this 23rd day of August, 2012, upon consideration of the attached Stipulation to Transfer Venue, submitted by Plaintiff and with the consent of Defendant,[1] and pursuant to 28 U.S.C. § 1404(a), it is hereby **ORDERED** that the parties' request is **GRANTED** and that the Clerk of this Court **SHALL TRANSFER** this matter to the United States District Court for the District of Massachusetts, Springfield Division.[2]

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation was signed only by Plaintiff but purports to represent the joint agreement of the parties to request the transfer of this action to the District of Massachusetts, Springfield Division. In a telephone call placed to the Court on August 6, 2012, defense counsel confirmed that Defendant agrees to the change in venue. Plaintiff also provided an affidavit that he obtained the concurrence of Attorney Fantini in filing the stipulation.

[2] 28 U.S.C. § 1404(a) provides that "for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Since filing this suit with representation by local counsel, Plaintiff has discharged counsel and is proceeding *pro se*. He has also amended his complaint to assert claims under Massachusetts law. In addition, as Plaintiff resides in Massachusetts, that forum is significantly more convenient for him than this one, while, as a national corporation, Defendant is equally able to litigate this matter in the District of Massachusetts as it is here.